UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANTS*
58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-4605

ATTORNEYS OF RECORD
    PAUL J. SIEGEL, ESQ.
    NOEL P. TRIPP, ESQ.

---

ANTONIO MORENO DE JESUS,

                Plaintiff,

    -against-

ADDRESS SIGNS INC. d/b/a AVANT GUARDS OF NEW YORK INC., BARRY S. BORGEN et ano.,

                Defendants.

**VIA ECF**

Civil Action No. 13-CV-5629

Ross, J.
Scanlon, M.J.

---

TO:    AMIT KUMAR, ESQ.
        WILLIAM CAFARO, ESQ.
        LAW OFFICES OF WILLIAM CAFARO
        *ATTORNEYS FOR PLAINTIFF*
        108 West 39th Street, Suite 602
        New York, New York 10018
        (212) 583-7400

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE, that the Defendants, sued herein as "ADDRESS SIGNS INC. d/b/a AVANT GUARDS OF NEW YORK INC., BARRY S. BORGEN", hereby appear in the above-entitled action, and that the undersigned have been retained as attorneys for said Defendants, and demand that all papers in this action be served upon the undersigned at the office, post office address and e-mail stated below.

Dated: Melville, New York
       February 7, 2014

                        Yours, etc.,

                        JACKSON LEWIS P.C.
                        *ATTORNEYS FOR DEFENDANTS*
                        58 South Service Road, Ste. 410
                        Melville, New York  11747
                        (631) 247-0404
                        trippn@jacksonlewis.com

                        s/ _____
                        NOEL P. TRIPP, ESQ.

4843-2686-1336, v. 1