UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTONIO MORENO DE JESUS,<br><br>                Plaintiff,<br><br>-against-<br><br>ADDRESS SIGNS INC., d/b/a AVANT GUARDS OF NEW YORK INC., BARRY S. BORGEN et ano.<br><br>                Defendants. | Index No.: 13-Civ-5629<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Amit Kumar of THE LAW OFFICES OF WILLIAM CAFARO hereby enters his appearance as counsel for the Plaintiff in the above-captioned proceeding. I certify that I am admitted to practice in this court.

Dated: February 7, 2014
      New York, New York

                                            Respectfully Submitted

                                                /s/ Amit Kumar
                                            Amit Kumar (AK0822)
                                            *Attorney for the Plaintiff*
                                            The Law Offices of William Cafaro
                                            108 West 39th Street, Suite 602
                                            New York, New York 10018
                                            Main: 212 – 583 – 7400
                                            Fax:   212 – 583- 7401
                                            akumar@cafaroesq.com