UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANTS*
58 South Service Road, Suite 250
Melville, New York  11747
(631) 247-0404

    ATTORNEYS OF RECORD:
        PAUL J. SIEGEL, ESQ.
        NOEL P. TRIPP, ESQ.

---

ANTONIO MORENO DE JESUS

                Plaintiff,

-against-

ADDRESS SIGNS INC. d/b/a AVANT GUARDS OF NEW YORK INC., BARRY S. BORGEN and SIMON ALVAREZ,

                Defendants.

Civil Action No. CV 13-5629

Ross, J.

Scanlon, M.J.

---

## NOTICE OF CHANGE OF ADDRESS/FIRM NAME

TO:    The Clerk of this Court and all parties of Record:

        Please be advised that, effective immediately, the law firm of Jackson Lewis, P.C. has changed its address from 58 South Service Road, Suite 410, Melville, New York 11747 to:

58 South Service Road
**<u>Suite 250</u>**
Melville, New York 11747

Paul J. Siegel, Esq. and Noel P. Tripp, Esq. will continue to represent Defendants.  All additional contact information remains unchanged.

Dated:  July 8, 2014
         Melville, New York 11747

        Respectfully submitted,

        JACKSON LEWIS P.C.
        *ATTORNEYS FOR DEFENDANTS*
        58 South Service Road, Suite 250
        Melville, New York  11747

By:   */s/ Paul J. Siegel*
        PAUL J. SIEGEL, ESQ.
        NOEL P. TRIPP, ESQ.

## CERTIFICATE OF SERVICE

       I hereby certify that on July 8, 2014, **Defendants' Notice of Change of Address/Firm Name** was electronically filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Eastern District's Local Rules and the Eastern District's Rules on Electronic Service upon the following parties and participants:

WILLIAM CAFARO, ESQ.
AMIT KUMAR, ESQ.
LAW OFFICES OF WILLIAM CAFARO
*ATTORNEYS FOR PLAINTIFF*
108 West 39th Street, Ste. 602
New York, New York  10018
(212) 583-7400

*Paul J. Siegel*
PAUL J. SIEGEL, ESQ.

4840-3317-7628, v. 1